# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: Helen Eileen Wylie aka Helen E Wylie     BK NO. 19-04424 RNO

           Debtor(s)            Chapter 7

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

     Kindly enter my appearance on behalf of Bayview Loan Servicing, LLC, a Delaware Limited Liability Company and index same on the master mailing list.

                                         Respectfully submitted,

                                         **/s/ James C. Warmbrodt, Esquire**
                                         James C. Warmbrodt, Esquire
                                         KML Law Group, P.C.
                                         BNY Mellon Independence Center
                                         701 Market Street, Suite 5000
                                         Philadelphia, PA  19106
                                         215-627-1322